FILED
07-30-2019
John Barrett
Clerk of Circuit Court
2019CV005816
Honorable William S. Pocan-26
Branch 26

**STATE OF WISCONSIN** **CIRCUIT COURT** **MILWAUKEE COUNTY**

Ralph J. Ehlinger vs. Mark Mone et al

**Electronic Filing Notice**

Case No. 2019CV005816
Class Code: Intentional Tort

BOARD OF REGENTS OF THE UNIVERSITY OF WISCONSIN SYSTEM
1220 LINDEN DR.
MADISON WI 53706

Case number 2019CV005816 was electronically filed with/converted by the Milwaukee County Clerk of Circuit Court office. The electronic filing system is designed to allow for fast, reliable exchange of documents in court cases.

Parties who register as electronic parties can file, receive and view documents online through the court electronic filing website. A document filed electronically has the same legal effect as a document filed by traditional means. Electronic parties are responsible for serving non-electronic parties by traditional means.

You may also register as an electronic party by following the instructions found at **http://efiling.wicourts.gov/** and may withdraw as an electronic party at any time. There is a $ 20.00 fee to register as an electronic party.

If you are not represented by an attorney and would like to register as an electronic party, you will need to enter the following code on the eFiling website while opting in as an electronic party.

**Pro Se opt-in code: 8bcabe**

Unless you register as an electronic party, you will be served with traditional paper documents by other parties and by the court. You must file and serve traditional paper documents.

Registration is available to attorneys, self-represented individuals, and filing agents who are authorized under Wis. Stat. 799.06(2). A user must register as an individual, not as a law firm, agency, corporation, or other group. Non-attorney individuals representing the interests of a business, such as garnishees, must file by traditional means or through an attorney or filing agent. More information about who may participate in electronic filing is found on the court website.

If you have questions regarding this notice, please contact the Clerk of Circuit Court at 414-278-4120.

Milwaukee County Circuit Court
Date: July 30, 2019

UNREDACTED