FILED
08-02-2019
John Barrett
Clerk of Circuit Court
2019CV005816

# AFFIDAVIT OF SERVICE

| Case: 2019CV005816 | Court: Milwaukee County Circuit Court | County: Milwaukee, WI | Job: 3620719 (2019CV005816) |
|---|---|---|---|
| Plaintiff / Petitioner: Kevin J. Renken | | Defendant / Respondent: Board of Regents of the University of Wisconsin System, University of Wisconsin - Milwaukee, Mark Mone, John Boyland | |
| Received by: Global Investigations Group, LLC | | For: Ehlinger Law | |
| To be served upon: Board of Regents of the University of Wisconsin System | | | |

I, Christian Holloway, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Brenwyn Nehring ( Legal Department of UWM Milwaukee) for Mark Mone for the Board of Regents of the University of Wisconsin System, Company: 1220 Linden Dr, Madison, WI 53706

**Manner of Service:** Authorized, Aug 2, 2019, 10:23 am CDT

**Documents:** Electronic Filing Notice, Summons and Complaint

**Additional Comments:**
1) Successful Attempt: Aug 2, 2019, 10:23 am CDT at Company: 1220 Linden Dr, Madison, WI 53706 received by Brenwyn Nehring ( Legal Department of UWM Milwaukee) for Mark Mone for the Board of Regents of the University of Wisconsin System.
2310 E. Hartford Ave Chancellors Office Room 202

8/2/19
Christian Holloway Date

Global Investigations Group, LLC
120 N. Main Street Suite 320A
West Bend, WI 53095
414-484-9379

*Subscribed and sworn to before me by the affiant who is personally known to me.*

Notary Public

8/2/19 12-14-2022
Date Commission Expires

DAVID M. SCHMIDT
NOTARY PUBLIC
STATE OF WISCONSIN

Exhibit 15-001