# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

KEVIN J. RENKEN,

                Plaintiff,

v.

BOARD OF REGENTS OF THE UNIVERSITY OF WISCONSIN SYSTEM, UNIVERSITY OF WISCONSIN-MILWAUKEE, MARK MONE, and JOHN BOYLAND,

                Defendants.

Case No. 19-CV-1122-JPS

**JUDGMENT**

**Decision by Court.** This action came on for consideration before the Court and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendants' motion to dismiss (Docket #18) be and the same is hereby **GRANTED in part**;

    **IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff's Fourteenth Amendment Due Process claim be and the same is hereby **DISMISSED with prejudice**;

    **IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to 28 U.S.C. § 1367(c)(3), the Court declines to exercise supplemental jurisdiction over the state law claims raised in Plaintiff's complaint and Plaintiff's state law claims be and the same are hereby **DISMISSED without prejudice**; and

    **IT IS FURTHER ORDERED AND ADJUDGED** that this action be and the same is hereby **DISMISSED.**

APPROVED:

_____
J.P. Stadtmueller
U.S. District Judge

STEPHEN C. DRIES
Clerk of Court

| October 28, 2019 | s/ *Jodi L. Malek* |
| --- | --- |
| Date | By: Deputy Clerk |